USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

**ORDER**

**26-CV-6160 (MMG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service. ECF No. 11; *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP). To allow Plaintiff to effect service on all Defendants, through the U.S. Marshals Service, Plaintiff needs to provide the addresses at which the Defendants may be served. Therefore, the Court directs Plaintiff to file on or before **October 28, 2026,** a sworn statement that lists each defendant separately and states for that defendant: (1) the legal name of that defendant; (2) the address of that defendant at which that defendant may be served; and (3) a full explanation of the Plaintiff's basis for believing that the defendant may be found at that address.

Dated: New York, New York
October 14, 2026

**SO ORDERED.**

Katharine H Parker
_________________________________
KATHARINE H. PARKER
United States Magistrate Judge