USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

**ORDER**

**26-CV-6160 (MMG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's request for clarification of the Court's October 20, 2026 Order. (ECF No. 15). Insofar as Plaintiff is seeking an extension to serve the Defendants, her request is GRANTED. Plaintiff's deadline to serve all defendants is extended to **December 30, 2026**. No further extensions will be granted.

Dated: New York, New York
October 27, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge