USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

Plaintiff,

-against-

CITY OF NEW YORK, et al.

Defendants.

**26-cv-6160 (MMG) (KHP)**

**ORDER OF SERVICE &**
***VALENTIN* ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

**Order of Service**

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service. Walker v. Schult, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP). To allow Plaintiff to effect service on all Defendants, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form"). The service addresses for Defendants are contained at Appendix A. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

If the amended complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of

time for service). Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

Insofar as Defendants the New York City Police Department, Edward Caban, Jessica Tisch, Emily Collins, Brian McCaffrey, Aysa Abbas, Nicole Miccio, Dr. Christina Gille, Dr. Adam Bloom, Dr. Lokesh Reddy, and Kevin Ramnarain are identified in Plaintiff's Complaint as employees of New York City Police Department, the Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that Defendants NYPD, Edward Caban, Jessica Tisch, Emily Collins, Brian McCaffrey, Aysa Abbas, Nicole Miccio, Dr. Christina Gille, Dr. Adam Bloom, Dr. Lokesh Reddy, and Kevin Ramnarain waive service of summonses.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the Complaint is filed and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). The Court hereby extends the deadline to effectuate service by 90 days from the date of this Order.

**Valentin Order**

Under Valentin v. Dinkins, a pro se litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the operative amended complaint at ECF No. 5, Plaintiff supplies sufficient information to permit the Office of Corporation Counsel to identify the addresses where the following defendants may be served: "Unidentified Tesla Driver on 11/15/2024," "Unidentified Administrative Staff Analyst Assigned to 33 Beaver St," and "Unidentified Maintenance Worker at BK11 2017 – 2018." Therefore, the Court directs Corporation Counsel, who is the attorney for and agent of the purported employers for these

individuals, to ascertain the identities of and addresses where these defendants may be served. The Corporation Counsel must provide this information to Plaintiff and the Court within 30 days of the date of this order. Alternatively, Corporation Counsel may accept service of the Complaint on their behalf.

Plaintiff also supplies sufficient information to permit Ponoma Auto Works, Inc. to identify the identity of and address where the following defendant may be served: "Unidentified Male at Pomona Auto Works, Inc. on 11/15/2024." Therefore, the Court directs Ponoma Auto Works, Inc. to ascertain the addresses where this defendant may be served. Ponoma Auto Works, Inc. must provide this information to Plaintiff and the Court within 30 days of the date of this order.

## Conclusion

Insofar as Defendants the New York City Police Department, Edward Caban, Jessica Tisch, Emily Collins, Brian McCaffrey, Aysa Abbas, Nicole Miccio, Dr. Christina Gille, Dr. Adam Bloom, Dr. Lokesh Reddy, and Kevin Ramnarain are identified in Plaintiff's Complaint as employees of New York City Police Department, the Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that Defendants NYPD, Edward Caban, Jessica Tisch, Emily Collins, Brian McCaffrey, Aysa Abbas, Nicole Miccio, Dr. Christina Gille, Dr. Adam Bloom, Dr. Lokesh Reddy, and Kevin Ramnarain respond as directed in this Order of Service.

**SO ORDERED.**

Dated: New York, New York
November 12, 2026

Katharine H Parker

**KATHARINE H. PARKER**
**United States Magistrate Judge**

## Appendix A

**City of New York**
Steven Banks, Esq.
100 Church Street
New York, NY 10007

**Eric Adams**
Steven Banks, Esq.
100 Church Street
New York, NY 10007

**Zohran Mamdani**
Steven Banks, Esq.
100 Church Street
New York, NY 10007

**NYC Employees' Retirement System**
Maya Khodos, Esq.
335 Adams Street
Brooklyn, NY 11201

**Maya Khodos**
335 Adams Street
Brooklyn, NY 11201

**NYC Department of Social Services**
Allison Gill-Lambert, Esq.
150 Greenwich Street, 38th Floor
New York, NY 10038

**Molly Wasow Park**
150 Greenwich Street, 38th Floor
New York, NY 10038

**Department of Sanitation of New York**
125 Worth Street
New York, NY 10013

**Javier Lojan**
125 Worth Street
New York, NY 10013

**Christopher Klingler**
125 Worth Street
New York, NY 10013

**Consolidated Edison, Inc.**
Slyvia V. Doley
Law Department, Room 1850-S
4 Irving Place
New York, NY 10003

**Orange & Rockland Utilities, Inc.**
Slyvia V. Doley
Law Department, Room 1850-S
4 Irving Place
New York, NY 10003

**New York State Department of Public Services**
John Sipos
Empire State Plaza
Agency Building 3
Albany, NY 12223

**JIJ Auction Services, LTD.**
Michael Calvario
17 Orange Street
Port Jervis, NY 12771

**Pomona Auto Works, Inc.**
Aliki Avla
1599 US-202
Ponoma, NY 10970

**Three Star Service Center, Inc.**
Haim Avla
1599 US-202
Ponoma, NY 10970

**Battinelli Enterprises, Inc.**
Tony Battinelli
264 Marshall Hill Road
West Milford, NJ 07480

**Acorn Tree Care, LLC**
78 Millhouse Road
Marlboro, NY 12542

**Municipal Credit Union**
Andew Weltman
22 Cortland Street, 26th Floor
New York, NY 10007